UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00518-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. PEDRO DUVECK MENDOZA-MENDOZA, a/k/a Juan Mendoza,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A Notice of Disposition was filed in the above matter on October 26, 2010. A Change of Plea hearing is set for **Tuesday, December 7, 2010 at 9:00 a.m. Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.** If the documents are not timely submitted, the hearing will be **VACATED. There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

    Dated: October 26, 2010