IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.   10-cr-00518-WYD

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.  **PEDRO DUVECK MENDOZA-MENDOZA, a/k/a Juan Mendoza,**

       Defendant.

## ORDER GRANTING DECREASE OF OFFENSE LEVEL

The Court having considered the motion by the United States of America to decrease the defendant's offense level by one additional level pursuant to United States Sentencing Guideline § 3E1.1(b), it is hereby

ORDERED that Government's Motion for Decrease in Defendant's Offense Level for Acceptance of Responsibility Pursuant to U.S.S.G. § 3E1.1(b) (doc. #29, filed March 11, 2011, is **GRANTED.**

Dated this 22nd day of March, 2011.

                              BY THE COURT:


                              s/ Wiley Y. Daniel
                              WILEY Y. DANIEL,
                              CHIEF UNITED STATES DISTRICT JUDGE